IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARAKAY J. ROGERS, et al.,                 :        No.  4:CV 06-0066
                                           :
            Plaintiff                      :        Judge Jones
                                           :
            v.                             :
                                           :
THOMAS W. CORBETT, JR., et al.,            :
                                           :
            Defendants                     :

## ORDER

### January 24, 2006

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On January 20, 2006 the Plaintiffs, Marakay J. Rogers, the Green Party of

Pennsylvania, the Constitution Party of Pennsylvania, Ken V. Krawchuk and the

Libertarian Party filed a Motion to File an Amended Complaint ("the

Motion")(Rec. Doc. 13).  Initially the Motion was not concurred.  However, on

January 23, 2006 this Court received a letter from Howard G. Hopkirk, counsel for

the Defendants, indicating that the Defendants do not object to the Motion.

## NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion (doc. 13) is GRANTED.

2.      The Plaintiffs shall file the amended complaint no later than the close

of business on Monday, January 30, 2005.

_____
John E. Jones III
United States District Judge